## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD FAGAN,** : <br> : <br> **Plaintiff,** : <br> : <br> v. : <br> : <br> **FEDERAL EXPRESS CORPORATION,** : <br> : <br> **Defendant.** : <br> : <br> : | Civil Action No.: <br><br> January 14, 2022 |

### DEFENDANT'S NOTICE OF NO PENDING MOTIONS

Pursuant to this Court's Standing Order in Removed Cases, Defendant Federal Express Corporation ("FedEx") hereby gives notice that there are no motions pending at the time of the filing of the Notice of Removal.

                                               Respectfully submitted,

                                               */s/ Lindsay M. Rinehart*
                                               Maura A. Mastrony (ct27787)
                                               Lindsay M. Rinehart (ct30921)
                                               LITTLER MENDELSON, P.C.
                                               One Century Tower
                                               265 Church Street
                                               Suite 300
                                               New Haven, CT  06510
                                               Telephone: 203.974.8700
                                               Facsimile: 203.974.8799
                                               mmastrony@littler.com
                                               lrinehart@littler.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of January, 2022, a copy of the foregoing was sent via email to all counsel and pro se parties of record as follows:

James V. Sabatini
Sabatini and Associates, LLC
1 Market Square
Newington, CT 06111
jsabatini@sabatinilaw.com

                                                              */s/ Lindsay M. Rinehart*
                                                              Lindsay M. Rinehart