UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD FAGAN,** : <br> : <br> **Plaintiff,** : <br> : **Civil Action No.:** <br> **v.** : <br> : <br> **FEDERAL EXPRESS CORPORATION,** : <br> : **January 14, 2022** <br> **Defendant.** : <br> : <br> : | |

### DEFENDANT'S STATEMENT REGARDING REMOVED CASE

Pursuant to the Standing Order on Removed Cases of the United States District Court for the District of Connecticut, Defendant Federal Express Corporation ("FedEx") hereby states as follows:

1. FedEx first received notice of the Summons and Complaint in the above-captioned case currently pending in the Superior Court, Judicial District of Waterbury at Waterbury, Connecticut on or about December 27, 2021.

2. FedEx was served on or about December 27, 2021.

3. FedEx is not a citizen of Connecticut.

4. Not applicable.

5. Not applicable.

6. For Plaintiff:
   James Sabatini
   Sabatini and Associates, LLC
   1 Market Square
   Newington, CT 06111

1

For Defendant:
    Maura A. Mastrony
    Lindsay M. Rinehart
    Littler Mendelson, P.C.
    265 Church Street, Suite 300
    New Haven, CT 06510

    Respectfully submitted,

    */s/ Lindsay M. Rinehart*
    Maura A. Mastrony (ct27787)
    Lindsay M. Rinehart (ct30921)
    LITTLER MENDELSON, P.C.
    One Century Tower
    265 Church Street
    Suite 300
    New Haven, CT  06510
    Telephone: 203.974.8700
    Facsimile: 203.974.8799
    mmastrony@littler.com
    lrinehart@littler.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of January, 2022, a copy of the foregoing was sent via email to all counsel and pro se parties of record as follows:

James V. Sabatini
Sabatini and Associates, LLC
1 Market Square
Newington, CT 06111
jsabatini@sabatinilaw.com

                                                 */s/ Lindsay M. Rinehart*
                                                 Lindsay M. Rinehart