UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **RICHARD FAGAN,**  :<br>  :<br>      Plaintiff,  :<br>  :<br>v.  :<br>  :<br>**FEDERAL EXPRESS CORPORATION,**  :<br>  :<br>      Defendant.  :<br>  :<br>  : | Civil Action No.:  3:22-CV-00073-SALM<br><br>March 1, 2022 |

### DEFENDANT'S NOTICE OF SERVICE OF INITIAL DISCLOSURES

Pursuant to this Court's Scheduling Order and Case Management Plan, Defendant Federal Express Corporation ("FedEx") hereby gives notice that Rule 26(a)(1) Initial Disclosures were served upon all counsel of record on March 1, 2022.

Respectfully submitted,

*/s/ Lindsay M. Rinehart*
Maura A. Mastrony (ct27787)
Lindsay M. Rinehart (ct30921)
LITTLER MENDELSON, P.C.
One Century Tower
265 Church Street
Suite 300
New Haven, CT  06510
Telephone: 203.974.8700
Facsimile: 203.974.8799
mmastrony@littler.com
lrinehart@littler.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 1st day of March, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    */s/ Lindsay M. Rinehart*
    Lindsay M. Rinehart